AO 91 (Rev. 11/11)   Criminal Complaint

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*October 15, 2022*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Oscar Joel FRIAS<br>COB: U.S.  YOB: 2002<br><br>*Defendant(s)* | Case No. M-22-2022-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 13, 2022  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 922(j) | Possession of a stolen firearm |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA  Devin Walker

/s/ Jorge Olivarez
*Complainant's signature*

Special Agent Jorge Olivarez
*Printed name and title*

■ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date:  10/15/2022   1:27 PM

*Judge's signature*

City and state:  McAllen, Texas

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

On October 14, 2022, the Edinburg, Texas Police Department (EPD) requested ATF's assistance in the investigation of Aggravated Robbery that had occurred on October 13, 2022, in which a DPMS Panther Arms, AR-Variant rifle was stolen from a victim at gun point at a motel in Edinburg, Texas.

On October 14, 2022, EPD Investigators along with ATF Special Agents conducted surveillance of a residence in Edinburg, Texas. While conducting surveillance, investigators observed a male individual exit the residence in possession of an AR-Variant rifle and place the rifle in a Toyota Camry parked on the property. Oscar Joel Frias (FRIAS) and several other occupants boarded the Toyota Camry and departed the residence.

Surveillance was maintained on the Toyota Camry and a marked EPD unit conducted a traffic stop on the Toyota Camry. As a result of the traffic stop, agents and investigators located multiple firearms in the front passenger area in plain view. One of the firearms located was a Panther Arms, Model: A-15, Multiple Caliber rifle, bearing serial number FFH293830, which was identified as the reported stolen firearm.

FRIAS was transported to EPD and participated in a Post Miranda Interview with agents and investigators. FRIAS admitted to committing the robbery at the motel in Edinburg, Texas. FRIAS stated he used a Hi-Point, 9mm caliber pistol to rob the victim of the AR-Variant rifle that the victim had inside of the hotel room. FRIAS stated the rifle found inside of the Toyota Camry identified as a DPMS Panther Arms, Model: A-15, Multiple Caliber rifle, bearing serial number FFH293830, was the rifle he stole from the victim. FRIAS stated he knew the rifle was stolen because he was the actual person who stole the firearm from the victim. FRIAS informed agents and investigators he has had possession of the stolen firearm since the Aggravated Robbery.

The firearm was examined by an ATF Interstate Nexus agent and was determined to have been manufactured outside of the State of Texas and had thus moved in and effecting interstate commerce.

The above violation(s) occurred in the Southern District of Texas.