United States District Court
Southern District of Texas
FILED

DEC 13 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-22-1994** |
| OSCAR JOEL FRIAS also known as "OJ" | § § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about October 13, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**OSCAR JOEL FRIAS
also known as "OJ"**

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of a firearm from an individual against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person.

In violation of Title 18, United States Code, Sections 1951 and 2.

### Count Two

On or about October 14, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**OSCAR JOEL FRIAS**
**also known as "OJ"**

knowingly received and possessed a stolen firearm which was moving as, which was part of, which constituted, and which has been shipped or transported in, interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2)

## Count Three

On or about October 14, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

███████████████████

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, for Assault Public Servant, in the 389th District Court of Hidalgo County, Texas, on June 20, 2016, in cause number CR-1622-15-H, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a DPMS Panther Arms, Model A-15, 5.56 caliber rifle.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE
## 18 U.S.C. § 924(d)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendants,

**OSCAR JOEL FRIAS**
**also known as "OJ"**
███████████████████

that upon conviction of a violation of Title 18, United States Code, Sections 922(g)(1) and 922(j), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

>DPMS Panther Arms, Model A-15, 5.56 caliber rifle, S/N: FFH293830,
>
>Hi-Point Firearms, Model C9, 9mm caliber pistol, S/N: P10128751.

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY